✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Dennis Lewis Whited     Docket No.     2:11CR00114-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Anne Sauther, pretrial services officer, presenting an official report upon the conduct of defendant, Dennis Lewis Whited, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 9th day of August 2011, under the following conditions:

**Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Dennis Whited had a urinalysis test on October 11 and October 25, 2012, which tested positive for methamphetamine and amphetamine.

**Violation #2:** Dennis Whited failed to provide a urinalysis sample on November 8, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

RECEIVED
U.S. DISTRICT COURT
NOV 14 2012 at 3:57 pm
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/14/2012

by     s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Nov. 14, 2012
Date